FRANCIS B. DELEHANTY, as Administrator, etc., Appellant, *v.* ST. VINCENT'S ORPHAN ASYLUM, Impleaded, etc., Respondent.

(Argued May 31, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 4, 1890, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James F. Tracey* for appellant.

*John T. McDonough* for respondent.

Agree to affirm; no opinion. All concur, except LANDON, J., not sitting. Judgment affirmed.